1539

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:24-cr-245 |
| ) | (18 U.S.C. §§ 1349, 1344(1), |
| OLUWAKAYODE AJAYI ) | 1028A(a)(1), and 2) |
| ELIAS MARTE ) | [UNDER SEAL] |

**INDICTMENT**

**COUNT ONE**

FILED
NOV 06 2024
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

The grand jury charges:

THE CONSPIRACY AND ITS OBJECTS

1. From in and around July 2023, and continuing thereafter to in and around June 2024, in the Western District of Pennsylvania and elsewhere, the defendants, OLUWAKAYODE AJAYI and ELIAS MARTE, and other individuals known and unknown to the grand jury, knowingly and voluntarily did conspire, combine, confederate and agree with each other to commit Bank Fraud, in violation of 18 U.S.C. § 1344(1).

MANNER AND MEANS OF THE CONSPIRACY

2. It was part of the conspiracy that members of the conspiracy, including the defendants, OLUWAKAYODE AJAYI and ELIAS MARTE, purchased, stole, and otherwise fraudulently obtained the personally identifying information, including the names, dates of birth, and social security numbers, of customers at federally insured financial institutions (hereinafter, the "victim customers").

3. It was further part of the conspiracy that members of the conspiracy, including the defendants, OLUWAKAYODE AJAYI and ELIAS MARTE, stole and otherwise fraudulently obtained mail, which included credit and debit cards belonging to other individuals, as well as

valid personal, business, and United States Treasury checks drawn on accounts at federally insured financial institutions.

4. It was further part of the conspiracy that members of the conspiracy, including the defendants, OLUWAKAYODE AJAYI and ELIAS MARTE, recruited other members of the conspiracy (the "recruited conspirators"), who would impersonate the victim customers while negotiating fraudulent checks, making withdrawals, and opening accounts at federally insured financial institutions.

5. It was further part of the conspiracy that members of the conspiracy, including the defendants, OLUWAKAYODE AJAYI and ELIAS MARTE, caused the creation of fraudulent identity documents, like driver's licenses and United States passports, that would assist the recruited conspirators in impersonating the victim customers while conducting transactions on their accounts at federally insured financial institutions. The defendants, OLUWAKAYODE AJAYI and ELIAS MARTE, also used fraudulent identity documents to reserve lodging, apartments, and rental vehicles that would be used in furtherance of the conspiracy.

6. It was further part of the conspiracy that members of the conspiracy, including the defendants, OLUWAKAYODE AJAYI and ELIAS MARTE, used stolen and fraudulently obtained personal, business, and United States Treasury checks to create fraudulent checks. These fraudulent checks had been designed to resemble the valid, stolen, checks, but were forged to be made payable to one of the victim customers.

7. It was further part of the conspiracy that members of the conspiracy, including the defendants, OLUWAKAYODE AJAYI and ELIAS MARTE, caused fraudulent checks and identity documents to be provided to the recruited conspirators, who would use them to withdraw money from the victim customers' accounts at federally insured financial institutions. The

defendants, OLUWAKAYODE AJAYI and ELIAS MARTE, also used fraudulent identity documents to make withdrawals from accounts belonging to the victim customers at federal insured financial institutions.

8. It was further part of the conspiracy that members of the conspiracy, including the defendants, OLUWAKAYODE AJAYI and ELIAS MARTE, coordinated the activities of the recruited conspirators. This coordination included reserving lodging and rental vehicles in locations where the conspiracy was active, and driving the recruited conspirators to branches of federally insured financial institutions to impersonate the victim customers.

9. It was further part of the conspiracy that members of the conspiracy, including the defendants, OLUWAKAYODE AJAYI and ELIAS MARTE, divided proceeds of the conspiracy among themselves.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS TWO – TWELVE

The grand jury further charges:

10. The allegations in paragraphs 1 through 9 of this Indictment are incorporated herein, as if set forth in full.

11. At all times material to this Indictment, First National Bank ("FNB") and Northwest Savings Bank ("Northwest") were federally insured financial institutions.

12. On or about the following dates, in the Western District of Pennsylvania and elsewhere, the following defendants, knowingly and with the intent to defraud, executed and attempted to execute a scheme to defraud the following financial institutions, each being a separate count of this Indictment:

| Count | Date | Defendants | Execution | Bank |
|---|---|---|---|---|
| Two | January 10, 2024 | ALL | Unauthorized withdrawal from account belonging to C.B. | FNB |
| Three | January 16, 2024 | ALL | Unauthorized withdrawal from account belonging to J.W. | FNB |
| Four | January 16, 2024 | ALL | Unauthorized withdrawal from account belonging to M.S. | FNB |
| Five | January 16, 2024 | ALL | Unauthorized withdrawal from account belonging to J.W. | FNB |
| Six | January 17, 2024 | ALL | Unauthorized withdrawal from account belonging to E.F. | FNB |
| Seven | January 18, 2024 | ALL | Unauthorized withdrawal from account belonging to F.B. | FNB |
| Eight | January 18, 2024 | ALL | Unauthorized withdrawal from account belonging to F.B. | FNB |

| Count | Date | Defendants | Execution | Bank |
|---|---|---|---|---|
| Nine | January 18, 2024 | ALL | Unauthorized withdrawal from account belonging to F.B. | FNB |
| Ten | January 18, 2024 | ALL | Unauthorized withdrawal from account belonging to C.B. | FNB |
| Eleven | February 20, 2024 | O. AJAYI | Unauthorized withdrawal from account belonging to A.S. | Northwest |
| Twelve | February 20, 2024 | E. MARTE | Unauthorized withdrawal from account belonging to T.C. | Northwest |

All in violation of Title 18, United States Code, Sections 1344(1) and 2.

## COUNTS THIRTEEN – SEVENTEEN

The grand jury further charges:

13. Paragraphs 1 through 12 of this Indictment are incorporated herein, as if set forth in full.

14. On or about the following dates, in the Western District of Pennsylvania, the following defendants, during and in relation to the felony violations of bank fraud as set forth in the following counts of the Indictment, knowingly possessed and used, without lawful authority, the following means of identification of another person, each being a separate count of this Indictment:

| Count | Date | Defendants | Related Felonies | Means of Identification |
|---|---|---|---|---|
| Thirteen | January 10, 2024 | ALL | Counts Two and Ten | The name of C.B. |
| Fourteen | January 16, 2024 | ALL | Counts Three and Five | The name of J.W. |
| Fifteen | January 16, 2024 | ALL | Count Four | The name of M.S. |
| Sixteen | January 17, 2024 | ALL | Count Six | The name of E.F. |
| Seventeen | January 18, 2024 | ALL | Counts Seven, Eight, and Nine | The name of F.B. |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

A True Bill,

_____
FOREPERSON

_____
ERIC G. OLSHAN
United States Attorney
IL ID No. 6290382

_____
JEFFREY R. BENGEL
Assistant United States Attorney
DC ID No. 1018621

7